**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jeremy BLACKBURN, Defendant–
Appellant.**

**No. 13–10826
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 10, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jeremy Blackburn, Texarkana, TX, pro se.

Kent Poynor, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jeremy Blackburn has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Blackburn has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Blackburn's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.2014), *petition for cert. filed* (June 4, 2014) (No. 13–10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Blackburn's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.